

# HAMOT MEDICAL CENTER
## Provider Based Physician Time Documentation
### Fiscal 2003

## PLEASE REPORT ONLY THOSE DUTIES THAT ARE SPECIFIED IN YOUR CONTRACT WITH HAMOT.

Physician Name: _Tullio Emanuele, MD_

Department: _Clinical Cardiology_

Time Study for Two Week Period From _1/4/04_ to _1/15/04_

| SERVICE CATEGORIES: | EXAMPLES | | HOURS |
|---|---|---|---|

**Provider Services:** (Services for which you will <u>not</u> bill the patient)

1. Teaching
   *Supervision of resident work
   *Teaching Rounds w/ residents
   (If you bill the patient for your service, enter the hours under Professional Services, not here)
   *Lectures/Lecture preparation
   _____ 1

2. Administration
   Support services for a hospital department (i.e. scheduling, administrative paperwork)
   _____ 1

3. Medical Supervision of Clinical Personnel
   *Supervision of clinical staff
   *Inservicing clinical staff
   _____ 1

4. Other
   *Attending conferences
   *Quality review activities
   *Other services not directly related to the medical care of the patient
   _____ 2

5. On Call - Must be physically present @ the hospital
   _6_ 5

**Professional Services:** ( Services for which you will bill the patient)

Direct Patient Care or Test Interpretations
Includes supervision of residents and teaching rounds if you bill the patient for your services.
_____ 6

TOTAL HOURS _16_

PHYSICIAN SIGNATURE: _T. Emanuele_