# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | 1:10-cv-00245 |
| | ) | |
| v. | ) | **ELECTRONICALLY FILED** |
| | ) | |
| MEDICOR ASSOCIATES, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |

Hearing Type:   Settlement Conference

Date:   February 23, 2015

Before:   Judge Mark R. Hornak

| | |
|---|---|
| Counsel for Plaintiff | Colin Callahan, Jamie Bennett, Andrew Stone, Gregory Simpson, Tullio Emanuele |
| Counsel for Defendant | Stephen Stallings, Patrick Sorek, Harriet Franklin, Steve Danch, Bryant Wesley, Mark Tamburri, Neal Devlin, David Stasser, Lisa Irwin |
| Court Reporter | Sandra Wenger |
| Law Clerk | Douglas Baker |
| Start time | 11:00 AM |
| End time | 5:45 PM |

**SUMMARY OF PROCEEDINGS:**

Settlement conference conducted