IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
*ex rel.* TULLIO EMANUELE,

    Plaintiff,                                          Civil Action No. 10-245E

v.

MEDICOR ASSOCIATES, INC., *et al.*,

    Defendants.
_____

## UNITED STATES' NOTICE OF ELECTION TO INTERVENE FOR PURPOSES OF SETTLEMENT

Pursuant to the False Claims Act (the "FCA"), 31 U.S.C. § 3730(c)(3), and the Court's February 28, 2018 Order granting the United States leave to intervene, *see* ECF 474, the United States hereby notifies the Court of its decision to intervene in this action for purposes of settlement. Pursuant to an agreement among the United States, Hamot Medical Center of the City of Erie, Medicor Associates, Inc., and Tullio Emanuele (the "Settlement Agreement"), the United States intervenes as to all claims asserted on its behalf in this action. Consistent with the terms of the Settlement Agreement, the Parties will shortly file a Stipulation of Dismissal under Fed. R. Civ. P. 41(a), dismissing this action.

        Respectfully submitted,

        CHAD A. READLER
        Acting Assistant Attorney General

        SCOTT W. BRADY
        United States Attorney

By:    /s/ Colin J. Callahan
        COLIN J. CALLAHAN
        Assistant U.S. Attorney
        Western District of PA
        U.S. Post Office & Courthouse
        700 Grant Street, Suite 4000
        Pittsburgh, PA 15219
        (412) 894-7426
        Email: colin.callahan@usdoj.gov

        MICHAEL D. GRANSTON
        TRACY L. HILMER
        ROHITH V. SRINIVAS
        Attorneys, Civil Division
        U.S. Department of Justice
        P.O. Box 261
        Washington, D.C. 20044
        Tel: (202) 307-6604
        Rohith.V.Srinivas@usdoj.gov

        *Counsel for the United States*