IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
*ex rel.* TULLIO EMANUELE,

    Plaintiff,    Civil Action No. 10-245E

v.

MEDICOR ASSOCIATES, INC., *et al.*,

    Defendants.

_____

**ORDER**

Upon consideration, and consistent with the terms of the Parties' Settlement Agreement, dated as of March 6, 2018, the Parties' Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is hereby GRANTED.  This action is dismissed with prejudice to the United States and Plaintiff-Relator, with the Parties bearing their own costs except as provided in the terms of their Settlement Agreement and documents referenced therein.  The Clerk is directed to close the case

Dated:  March  19 , 2018

    /s/ Joy Flowers Conti
    Hon. Joy Flowers Conti
    Chief United States District Judge